Case Number 09-11650 - KLEMENT, STEVEN LEE

*# 149599*

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT<br>FIRST EXPRESS<br>PO BOX 856132<br>LOUISVILLE, KY 40285-6132 | 000003 | 226.52 | 3.25 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM'S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000007 | 153.00 | 2.20 |
| ---------- Remittance Total --------------- | | 379.52 | 5.45 |

TRUSTEE VIRGIL E. BROWN JR., Trustee

FILED 2010 JAN -4, AM 11:0'
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND